| Applewhite v. State | 71A03–1610–CR–2274 | 06/07/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
|---|---|---|---|---|
| Nifong v. Brown | 50A04–1609–CC–2288 | 06/07/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Collins v. State | 79A05–1612–CR–2894 | 06/07/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Kirkwood v. State | 20A04–1612–CR–2779 | 06/08/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Mylet v. Santander Bank, N.A. | 29A02–1608–MF–2004 | 06/09/2017 | CRONE, J.<br>ALTICE, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs in result with opinion |
| Evans v. State | 20A03–1609–CR–2259 | 06/09/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| $3,941 in U.S. Currency v. Cummings | 48A02–1607–MI–1564 | 06/09/2017 | FRIEDLANDER, Sr.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Milcherska, In re Marriage of | 71A03–1605–DR–1203 | 06/09/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Townsend v. State | 02A03–1611–CR–2630 | 06/09/2017 | DARDEN, Sr.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Jy.K., Matter of | 91A04–1612–JT–2832 | 06/09/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Dodson v. Board of Trustees of Indiana University | 45A03–1611–CT–2703 | 06/09/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |